DAVIS WRIGHT TREMAINE LLP
Adam S. Sieff (CA Bar No. 302030)
 adamsieff@dwt.com
Haley B. Zoffer (CA Bar No. 334968)
 haleyzoffer@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone:   (213) 633-8618
Facsimile:    (213) 633-6899

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHAN GAY,<br><br>                         Plaintiff,<br><br>     vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1 - 50,<br><br>                         Defendants. | Case No. 2:25-cv-06273<br><br>**DEFENDANT MICROSOFT CORPORATION'S L.R. 83-1.3.1 NOTICE OF RELATED CASES** |

As required by Civil L.R. 83-1.3.1, Defendant Microsoft Corporation notifies the Court that the instant action ("Gay") (a) arises from the same or a closely related transaction, happening, or event; (b) calls for determination of the same or substantially related or similar questions of law and fact; and (c) would entail substantial duplication of labor if heard by different judges as *Sawyer v. Epic Games, Inc. et al.*, 2:25-cv-04755-SB-PVC ("Sawyer").

Microsoft removed *Sawyer* to the Central District of California on May 27, 2025, and the case was subsequently assigned to the Honorable Stanley Blumenfeld, Jr. Although that case has been dismissed, the claims and allegations in *Gay* mirror those in *Sawyer*. Indeed, both cases involve the same 20 claims—premised on similar allegations of video game addiction—and many of the same defendants. The *Gay* Complaint also contains many lengthy passages that simply repeat the *Sawyer* complaint verbatim.

DATED: July 9, 2025                    DAVIS WRIGHT TREMAINE LLP

By: */s/ Adam S. Sieff*
    Adam S. Sieff
    Haley B. Zoffer

Attorneys for Defendant
MICROSOFT CORPORATION

MICROSOFT NOTICE OF RELATED CASE
Case No. 2:25-cv-06273

1

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, Washington 98104.

On July 9, 2025, I served the foregoing document(s) described as: **DEFENDANT MICROSOFT CORPORATION'S L.R. 83-1.3.1 NOTICE OF RELATED CASES** by emailing a **true copy** of said document(s) to each addressee named below by electronic mail:

| | |
|---|---|
| Behram V. Parekh (SBN: 180361)<br>WISNER BAUM LLP<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025 | bparekh@wisnerbaum.com |
| Marlene J. Goldenberg<br>Samantha V. Hoefs<br>NIGH GOLDENBERG RASO & VAUGHN PLLC<br>14 Ridge Square NW, Third Floor<br>Washington, DC 20016 | mgoldenberg@nighgoldenberg.com<br>shoefs@nighgoldenberg.com |

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 9, 2025, at Seattle, Washington.

    Daniela Najera
      Print Name                        Signature

2

MICROSOFT NOTICE OF RELATED CASE
Case No. 2:25-cv-06273

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899